

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00697-CV

Janette Suzanne **CLARK**,
Appellant

v.

Samuel David **CLARK**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000318
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On November 2, 2015, appellant Janette Suzanne Clark filed a notice of appeal in the trial court from the trial court's "Protective Order," which appellant states was signed on October 2, 2015. On November 5, 2015, appellant filed an affidavit of indigency in this court. It appears appellant did not file her affidavit in the trial court.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Appellant's affidavit was therefore due in the trial court on November 2, 2015, the date her notice of appeal was filed, or a motion for extension of time to file the affidavit was due in this court fifteen days later, on November 17, 2015. *See id.* R. 20.1(c)(1), (3).

We construe the affidavit filed in this court on November 5, 2015, as a motion for extension of time to file the affidavit in the trial court. We **GRANT** the motion to extend time to file an affidavit of inability to pay costs.

We **order** the clerk of this court to send copies of the affidavit and this order to the trial court clerk, the court reporter, and all parties. *See id.* R. 20.1(d)(2).

We further order the deadline for filing a contest to the affidavit of indigence is **November 20, 2015**. **Any contest must be filed in this court**. *See id.* R. 20.1(e)(1).

We **order** the clerk of this court to serve a copy of this order the trial court, the district clerk, the court reporter, appellant, and appellee.

_____
Marialyn Barnard, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court